UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:14-CV-516-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S. C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on May 19, 2015, and Copies To:**

| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF Notice of Electronic Filing) |
| Gabriel R. Deadwyler | (via CM/ECF Notice of Electronic Filing) |

DATE:                                      JULIE RICHARDS JOHNSTON, CLERK

May 19, 2015                               (By) /s/ Courtney O'Brien
                                            Deputy Clerk